UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>APPROXIMATELY 266 VEHICLES, )<br>)<br>Defendants. )<br>_____ )<br>)<br>LEIDY SANTIAGO FERNANDEZ, )<br>)<br>Claimant. ) | No. 1:13-cv-00289-SEB-MJD |

**ORDER ON PENDING MOTIONS TO DISMISS**

This cause is now before the Court on the Motions to Dismiss [Docket No. 5 and Docket No. 7] filed on February 25, 2013 and February 27, 2013, respectively. Both of these motions appear to have been filed by the same claimant, although the spelling of the claimant's name throughout the filings alternates between "Leidy Santiago Fernandez" and "Leydy Santiago Fernandez." Regardless of the different spellings, Docket Nos. 5 and 7 are summarily DENIED. These motions to dismiss are not supported by any legal arguments and need not be addressed further. Claimant Leidy Santiago Fernandez or Leydy Santiago Fernandez is given 30 days from the date of this entry to file an answer. The Clerk is directed to include a copy of the Court's form answer developed for distribution in this case along with Claimant's copy of this entry.

1

IT IS SO ORDERED.

Date: _____05/17/2013_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Electronically registered counsel of record

 and

LEIDY SANTIAGO FERNANDEZ
1241 S. Pershing Ave
Indianapolis, IN 46221